IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. TJS-21-1381 |
| OLUMIDE OBIDARE, | |
| Defendant | |

FILED ENTERED
LOGGED RECEIVED

MAY 5 - 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

### GOVERNMENT'S EXHIBIT LIST FOR DETENTION HEARING

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | November 8, 2017 BOA Surveillance Photo | 5/5/21 | 5/5/21 |
| 2 | February 23, 2018 BOA Surveillance Photo | 5/5/21 | 5/5/21 |
| 3 | April 25, 2018 BB&T Surveillance Photo | 5/5/21 | 5/5/21 |
| 4 | Photos of Illinois Driver's Licenses | 5/5/21 | 5/5/21 |

1