IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAY 5 - 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>Plaintiff | * | |
| vs. | * | Case No.: TJS 21-mj-01381 |
| Olumide Obidare<br>Defendant | * | |
| | * | |

\*\*\*\*\*\*

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**GOVERNMENT'S EXHIBITS**

_____
_____
All Detention Hearing Exhibits
_____

All Government's exhibits
returned: __05/05/2021_____

**DEFENDANT'S EXHIBITS**

_____
_____
_____
_____

All Defendant's exhibits
returned: _____

Received the above listed exhibits this date:

Counsel for Government:

X _Leah B Grossi_ Digitally signed by LEAH GROSSI
Date: 2021.05.05 15:38:18 -04'00'

Counsel for Defendant:

_____
_____
_____
_____

Date: May 5, 2021